2015 FEB 17 AM 9:20


# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | DIVISION ONE |
| | ) | |
| Respondent, | ) | No. 71651-4-I |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| WILLIAM BENJAMIN BRATTON, | ) | |
| | ) | |
| Appellant. | ) | FILED: FEB 1 7 2015 |
| | ) | |

PER CURIAM — William Bratton appeals from the trial court order authorizing involuntary commitment and forced medication. We accept the State of Washington's concession that it failed to establish, by clear and convincing evidence, that involuntary medication is necessary to restore Bratton to competency and that there is no less intrusive treatment likely to achieve substantially the same result. Because the remaining issues raised in Bratton's brief are moot, we decline to address them. Accordingly, we reverse the order authorizing involuntary commitment and forced medication and remand for further proceedings.

Reversed and remanded.

FOR THE COURT:

Spencer, C.J.

Becker, J.

Cox, J.